UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 13-128 PJS/JSM |
| Plaintiff, | 21 U.S.C. § 843(a)(3) |
| | 21 U.S.C. § 843(d)(1) |
| v. | |
| TESS MARIE JOHNSON, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Obtaining a Controlled Substance by Fraud)

In or about October 2012, in the State and District of Minnesota, the defendant,

**TESS MARIE JOHNSON,**

knowingly and intentionally obtained and acquired oxycodone, a controlled substance, by misrepresentation, fraud and deception; that is, while employed as a nurse at an inpatient health care facility, the defendant obtained and acquired for her own use oxycodone (Percocet tablets) by removing the Percocet tablets that had been intended for patients of the facility and replacing the Percocet tablets with Tylenol (acetaminophen) tablets, in violation of Title 21, United States Code, Sections 843(a)(3) and 843(d)(1).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY           FOREPERSON



FILED MAY 2 1 2013
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____